No. 01–5882. NEWSOME *v.* ENTERGY SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 01–5891. JUPITER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5907. SHULER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–5912. BAUMHOFER *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 01–5915. OZUNO-RAMIREZ *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–5931. WRIGHT *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–5945. PRICE *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 01–5956. EAGLE *v.* WELLS, SHERIFF, MANATEE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5976. RENE *v.* NORTON CO. C. A. 11th Cir. Certiorari denied.

No. 01–5977. SEVERN *v.* WEST VIRGINIA. Cir. Ct. Putnam County, W. Va. Certiorari denied.

No. 01–5993. LARRIMORE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5996. FORT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6000. COLEMAN *v.* MITCHELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6046. DODSON *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–6053. VILLAR-GRANA *v.* VENTURELLA ET AL. C. A. 5th Cir. Certiorari denied.